```
DAVID J. COHEN, ESQ.
California Bar No. 145748
BAY AREA CRIMINAL LAWYERS, PC
300 Montgomery Street, Suite 660
San Francisco, California 94104
Telephone: (415) 398-3900
Facsimile: (415) 398-7500
```

Attorneys for Defendant **Demauriae Nolan**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DEMAURIAE NOLAN,<br><br>    Defendant. | CR 09-00032 CRB<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties that the sentencing hearing, currently set for August 26, 2009 at 2:15 p.m., be changed to October 14, 2009 at 2:15 p.m.

United States Probation has no objection to this proposed continuance.

**IT IS SO STIPULATED.**

                                  JOSEPH P. RUSSONIELLO

                                  United States Attorney

Dated: August 4, 2009      By:
                                  /s/ Andrew Caputo
                                ANDREW CAPUTO, ESQ.
                                Assistant United States Attorney

| | | |
|---|---|---|
| 1 | Dated: August 4, 2009 | By: /s/ David J. Cohen |
| 2 | | DAVID J. COHEN, ESQ. |
| 3 | | Attorney for Defendant **Nolan** |
| 4 | Dated: August 4, 2009 | By: /s/ Cheryl L. Simone |
| 5 | | CHERYL L. SIMONE |
| 6 | | United States Probation Officer |

**IT IS SO ORDERED.**

Dated: August 5, 2009

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE