IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEMAURIAE NOLAN,<br><br>　　　　Defendant.　　　　　　　　／ | No. CR 09-00032 CRB<br><br>**ORDER GRANTING APPLICATION TO CONTINUE FILING AND HEARING DATES FOR MOTIONS PURSUANT TO FED. R. CRIM. P. 29, 33** |

　　　　The Court is in receipt of Defendant's Application to Continue Filing and Hearing Dates for Motions Pursuant to Fed. R. Crim. P. 29 and 33, the Declaration of Defendant's counsel David J. Cohen in support thereof, and the Government's Opposition to that Application.  Having carefully reviewed the materials and finding good cause therefor, the Court hereby GRANTS Defendant's Application.  Defendant's motions papers are now due on **February 3, 2010**.  The Government shall have until **February 17, 2010** to respond to Defendant's papers.  The hearing date for Defendant's motion, currently scheduled for January 13, 2010, is hereby VACATED and RESET for **February 24, 2010** at the same time.

　　　　**IT IS SO ORDERED.**

Dated: January 5, 2010

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\0032\order re extension of time.wpd